UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James L Blaylock

        Plaintiff(s),                    Case No.  2:22-cv-10831-SFC-KGA

v.                                                             Hon.  Sean F. Cox

Becky Carl, et al

        Defendant(s).
_____/

### ORDER OF ASSIGNMENT OF COUNSEL

        The Court having identified that the above-named plaintiff, presently proceeding in propria persona in this matter, would benefit from the assistance of counsel, and the below named attorney having indicated that he/she is willing to accept pro bono assignment in this matter;

        **IT IS ORDERED** that the following attorney(s) are hereby assigned to represent the above-named plaintiff in this matter, unless said assignment is terminated by (1) Order of the Court, (2) assignment of substitute counsel, or (3) termination of the matter before the Court:

| Attorney Name | Attorney Mailing Address |
|---|---|
| Solomon Radner | The Law Office of Keith Altman |
| | 33228 West 12 Mile Road, Suite 375 |
| | Farmington Hills, MI 48334 |

**IT IS FURTHER ORDERED** that:

1. Assigned counsel be provided, without cost and upon his/her request, copies of all pleadings filed to date in the matter, and that he/she proceed as counsel of record from this date forward;

2. Assigned counsel may only request to withdraw from this matter through filing of a motion, with notice to plaintiff, setting forth full particulars as to why such a motion should be granted.

                                                          s/Sean F. Cox
                                                          Sean F. Cox
                                                          U.S. District Judge

### Certificate of Service

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  September 10, 2024                            s/ V Lung
                                                             Deputy Clerk