UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES BLAYLOCK #895020,

    Plaintiff,

v

BECKY CARL;
ANDREW DYER.

    Defendants.

NO. 2:22-cv-10831

HON. MARK A. GOLDSMITH

MAGISTRATE JUDGE KIMBERLY G. ALTMAN

---

## JUDGMENT

**JUDGMENT is hereby entered** in favor of the prevailing party, Plaintiff James Blaylock, and against Defendants Becky Carl and Andrew Dyer, **in the total amount of $184,800.00,** as follows:

**JUDGMENT is hereby entered** against Defendant Becky Carl and in favor of Plaintiff James Blaylock, in the amount of $8,400.00 in compensatory damages and $84,000.00 in punitive damages, **for a total judgment of $92,400.00**;

**JUDGMENT is hereby entered** against Defendant Abdrew Dyer and in favor of Plaintiff James Blaylock, in the amount of $8,400.00 in compensatory damages and $84,000.00 in punitive damages, **for a total judgment of $92,400.00.**

    The case is closed.

                                                   KINIKIA ESSIX
                                                 CLERK OF THE COURT


                                     By:   s/Joseph Heacox
                                                 DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE