# UNITED STATES DISTRICT COURT
## Eastern District of Michigan
## Southern Division

POOR QUALITY ORIGINAL

**FILED AUG 06 2025 CLERK'S OFFICE DETROIT**

James L. Blaylock
  Plaintiff,

V.

Adams et.al.,

Case # 22-cv-10831

Hon. Sean F. Cox
United States District Court Judge

Request For Relief Sought For IN Complaint.
Request For Attorney Fees Waived.

This court Opinion & Order Denying Defendant's motions For A Directed Verdict was Filed on 7-11-25 & Opinion & Order was mailed to Macomb Correctional Facility which Plaintiff was Already Confined @ Chippewa Correctional Facility & didn't receive Opinion & Order until 7-25-25. (see Exhibits) As well Plaintiff Attorney Mr. Radner Never Relayed This Information to Blaylock Still to This Day.

As Plaintiff Proved @ Trial In This Honorable Court That Defendants violated his clearly-established due-process rights, As The Prevailing Party Blaylock Request That This Court Award Relief Sought For In Complaint of 2 million Dollars In Damages. With The Prevailing Party Proving @ Trial That His stay In segregation was Atypical & significant Hardship & other Trauma Blaylock suffered & still is Dealing w/ Today As This motion is Being Filed From Segregation. Coupled w/ Defendants Being Aware of Mental Illness & knowingly & willfully violating Blaylock's Constitutional Rights. Relief Sought For In complaint Is Requested.

Also as the Prevailing Party Blaylock Respectfully Request that this Honorable Court Waive Attorney Fees According to 42 U.S.C. § 1988(B) & Federal Rule Civil Procedure 54(D). As stated Before These Delayed Request Are Due To Blaylock Being Transferred To Another Facility & Coincidently On the Same Date This Opinion & Order was Dated. So was Blaylock's Notifying The Clerk of The Court of Change of Address, which was on 7-1-25 & Blaylock received Property on 7-5-25 & placed letter of Notifying The Clerk of The Court of Change of Address on the 11th of July, 2025.

As well Attorney Fees Are 33% of Award of The Prevailing Party, Was There an order For How Long The Defendants Had To Compensate Blaylock?

Respectfully,

James S. Blaylock

7-28-25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SEAN F. COX, CHIEF JUDGE
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD., ROOM 829
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

S/b323
A

James L Blaylock
895020
BELL
1727 Chippewa Correctional Facility
IONI 4269 West M-80
Kincheloe, MI 49784

FIRST-CLASS

ZIP 48226
02  7W
000803734 3 JUL 14 2025
US POSTAGE PITNEY BOWES
$ 002.17

Received
JUL 25 2025
URF Mailroom

James J. Blaylock
#849020
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

RECEIVED
AUG 06 2025
CLERK'S OFFICE
DETROIT

United States District Court
Eastern District of Michigan
Sean F. Cox, Chief Judge
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd., Room 839
Detroit, MI 48226

US POSTAGE $000.74
ZIP 49788
JUL. 29 2025