United States District Court
Eastern District of Michigan
Southern Division

James L. Blaylock POOR QUALITY ORIGINAL

Plaintiff,

FILED
AUG 06 2025
CLERK'S OFFICE
DETROIT

Case # 2:22-cv-10831
Hon. Sean F. Cox

v.

Adams et al,
Defendants

## Motion To Amend Request For Relief Sought For In Complaint & Request For Prevailing Party To Be Awarded Attorney Fees

I recently wrote a motion requesting for 2 million dollars as that's the relief plaintiff sought for in complaint. As the facts & request for relief sought for in complaint Blaylock ask that this Honorable court keep that as it is & I only want to amend the part where Blaylock request that his Attorney fees be waived. Not truly understanding that the waive part means not paid @ all.

Pursuant to 42 U.S.C. §1988(b) & Fed. Rule Civ. Proc. 54(d) the Prevailing Party Request that Attorney Fees Be Awarded, That Is That the Defendant's Pay the Attorney Fees of 33% of 184,800.00.

## In Conclusion

The Prevailing Party Request For Relief Sought For In Complaint of 2 million Dollars & Request that Attorney Fees Be Awarded.

Respectfully,

James L. Blaylock

7-29-25

James J. Blaylock
#895020
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784

RECEIVED
AUG 06 2025
CLERK'S OFFICE
DETROIT

GRAND RAPIDS MI
31 JUL 2025 PM
FIRST-CLASS

US POSTAGE — PITNEY BOWES
ZIP 49788
02 7W
0008040225
$ 000.74
JUL. 29 2025

United States District Court
for the Eastern District of Michigan
Honorable Sean F. Cox
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226

48226-270095