UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BLAYLOCK #895020,

                            NO. 2:22-cv-10831

     Plaintiff,

v                            HON. MARK A. GOLDSMITH

BECKY CARL *Warden;* DYER    MAGISTRATE JUDGE
*ADW;* JACOBS *ARUS;* J. S.       KIMBERLY G. ALTMAN
SALINAS *Lieutenant;* and
GARCIA *Captain,*

     Defendants.

---

| | |
|---|---|
| Solomon Radner | LeAnne Dao (P79247) |
| Attorney for Plaintiff | Assistant Attorney General |
| The Law Office of Keith Altman | Attorney for MDOC Defendants |
| 33228 West 12 Mile Road, Ste. 375 | Michigan Dept. of Attorney General |
| Farmington Hills, MI 48334 | Corrections Division |
| solomonradner@kaltmanlaw.com | P.O. Box 30217 |
| | Lansing, MI 48909 |
| | (517) 335-3055 |
| | daol1@michigan.gov |

---

## DEFENDANTS' NOTICE OF APPEAL

Defendants, Carl and Dyer, by and through counsel, hereby

provide notice that they now appeal to the United States Court of

Appeals for the Sixth Circuit from the District Court's Judgment (ECF

No. 104) entered on July 23, 2025, and which constitutes a final order

for purposes of appeal.

Respectfully submitted,

*/s/LeAnne Dao*
LeAnne Dao (P79247)
Assistant Attorney General
Michigan Dept. of Attorney General
Attorney for MDOC Defendants
Carl and Dyer
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
daol1@michigan.gov

Dated: August 22, 2025

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on August 22, 2025, I electronically filed the

foregoing document using the ECF System, which will provide

electronic copies to parties of record.

*/s/ LeAnne Dao*
LeAnne Dao (P79247)
Assistant Attorney General
Attorney for MDOC Defendants
Carl and Dyer