Case No. 25-1762

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JAMES LONNIE BLAYLOCK

    Plaintiff - Appellee

v.

SERGEANT ADAMS

    Defendant

and

BECKY CARL, Warden; ANDREW DYER, Assistant Deputy Warden

    Defendants - Appellants

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                **ENTERED PURSUANT TO RULE 45(a),**
                **RULES OF THE SIXTH CIRCUIT**
                Kelly L. Stephens, Clerk

Issued: December 12, 2025