UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BLAYLOCK #895020,<br><br>    Plaintiff,<br>v<br><br>BECKY CARL *Warden;* DYER *ADW;* JACOBS *ARUS;* J. S. SALINAS *Lieutenant;* and GARCIA *Captain,*<br><br>    Defendants. | NO. 2:22-cv-10831<br><br>HON. MARK A. GOLDSMITH<br><br>MAGISTRATE JUDGE KIMBERLY G. ALTMAN |
| Solomon Radner (P73653)<br>Attorney for Plaintiff<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road, Ste. 375<br>Farmington Hills, MI 48334<br>solomonradner@kaltmanlaw.com | LeAnne Dao (P79247)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Michigan Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>dao11@michigan.gov |

## **STIPULATION AND ORDER TO VACATE JUDGMENT AND FOR DISMISSAL**

NOW come the parties, by and through counsel, who hereby stipulate to vacate the judgment entered by the Court on July 23, 2025 (ECF No. 104) and to dismiss all claims against the Defendants, Becky Carl and Andrew Dyer, retired employees of the Michigan Department of Corrections (MDOC), with prejudice and without costs or attorney

fees.  The requested Order will resolve all pending claims and close the case.

    IT IS SO STIPULATED.

Dated: December 12, 2025        */s/ Solomon Radner (w/permission)*
                                           Solomon Radner (P73653)
                                           Attorney for Plaintiff

Dated: December 12, 2025        */s/ LeAnne Dao*
                                           LeAnne Dao (P79247)
                                           Assistant Attorney General
                                           Attorney for Defendants

    **IT IS SO ORDERED.**

Dated: December 22, 2025        s/Mark A. Goldsmith
Detroit, Michigan                      MARK A. GOLDSMITH
                                           United States District Judge